# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

KRISTINA QUARLES
ADC # 760441                                                              PLAINTIFF

v.                          No. 5:13-cv-165-DPM-BD

T. TYLER, Assistant Jail Administrator,
Jefferson County Sheriff Department;
GREG BOLIN, Jail Administrator,
Jefferson County Sheriff Department;
S. BOHANNAN, Grievance Officer,
Jefferson County Sheriff Department; and
R. LEWIS, Deputy, Jefferson County Sheriff
Department                                                                DEFENDANTS

## ORDER

The Court has considered Magistrate Judge Beth Deere's Proposed Findings and Partial Recommended Disposition, № 5, and Quarles's objections, № 6. On *de novo* review, the Court adopts Judge Deere's proposal as its decision. FED. R. CIV. P. 72(b)(3). Quarles's claims regarding Lewis's use of abusive language are dismissed with prejudice. Her failure-to-respond claim against Bohannan is dismissed without prejudice. Her claims against Lewis, Tyler, and Bolin in their official capacities are dismissed without prejudice. Quarles's Eighth Amendment claim against Lewis in her

individual capacity and her failure-to-intervene claims against Tyler and Bolin in their individual capacities remain alive for adjudication. № 4.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 June 2013